UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **GEROME CUMMINS,** | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:09-CV-01770-NAB |
| **DAVE DORMIRE,** | ) |
| Respondent. | ) |

### ORDER

The Court, having been advised that Jeff Norman is now the Warden at Jefferson City Correctional Center in Jefferson City, Missouri, the facility in which Petitioner is incarcerated, hereby orders the Clerk of the Court to substitute Jeff Norman for Dave Dormire as the Respondent to this action.  *See* Fed. R. Civ. P. Rule 25(d); Rule 12 of Rules Governing § 2254 Cases.

Dated this 18th day of January, 2012.

       /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE